```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FORTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4
 5  Attorney for Material Witnesses
```

FILED
06 SEP 26 PM 1:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Jerman TAMAYO-Aguirre, and<br>Miguel Arturo TAMAYO-Aguirre,<br><br>Defendants. | CASE NO. 06 CR 1740<br>       06 mg 1358 RRB<br><br>NOTICE OF MOTION; MOTION TO<br>SHORTEN TIME FOR HEARING;<br>ORDER THEREON<br><br>DATE: October 5, 2006<br>TIME: 9:00 a.m.<br>PLACE: Courtroom of the Hon.<br>  Magistrate Ruben B. Brooks |

I, Thomas G. Gilmore, Esq. declare:

I am an attorney duly licensed to practice before all the courts of this District and Circuit and am the attorney of record for the material witnesses in this action, Jesus SOTO-Marin, Concepcion MEZA-Martinez, Luis Fernando VALLES-Perez and Angel PEREZ-Carlos.

I hereby move the Court for an Order Shortening Time for the Motion for Video Tape Deposition and Subsequent Release to October 5, 2006 at 9:00 a.m. The witnesses have attempted to locate a surety without success and further delay is an unwarranted hardship on themselves and their families, all as more particularly set forth in the Declaration of attorney Thomas G. Gilmore filed

1

1  herewith.

2      I declare under the penalty of perjury under the laws of the
3  State of California that the foregoing is true and correct of my own
4  personal knowledge except as to those matters stated to be based
5  upon information and belief and, as to those matters, I am informed
6  and believe that they are true and correct.

7      Executed this September 22, 2006 in San Diego, California.

8                                  Respectfully submitted,

9  DATED: 9/22/06

                                    _____
10                                  THOMAS G. GILMORE, Attorney for
                                    Material Witnesses
11

12                              ORDER

13     Good cause appearing therefore, IT IS HEREBY ORDERED that the
14  motion for shortening time is granted.  The motion of material
15  witnesses Jesus SOTO-Marin, Concepcion MEZA-Martinez, Luis Fernando
16  VALLES-Perez and Angel PEREZ-Carlos. for video tape deposition and
17  subsequent deportation shall take place on October 5, 2006 at 9:00
18  a.m. in the Courtroom of the Honorable Magistrate Ruben R. Brooks.

19  DATED: 9/25/2006                _____
                                    Ruben R. Brooks
20                                  United States Magistrate

2