1  THOMAS G. GILMORE, ESQ.
   State Bar No. 91984
2  LAW OFFICES OF THOMAS G. GILMORE
   3232 FORTH AVENUE
3  SAN DIEGO, CALIFORNIA 92103
   (619) 426-4444
4

5  Attorney for Material Witnesses

6

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,     )   CASE NO. 06 CR 1740
                                  )            06 mg 1358 RRB
11                  Plaintiff,    )
                                  )
12  vs.                           )   EX-PARTE APPLICATION FOR
                                  )   RECOMMITMENT OF MATERIAL
13  Jerman TAMAYO-Aguirre, and    )   WITNESS AND EXONERATION OF
    Miguel Arturo TAMAYO-Aguirre, )   BOND
14                                )
                                  )
15                  Defendants.   )
    _____)

16
        I, Thomas G. Gilmore, Esq. declare:
17
        I am an attorney duly licensed to practice before all the
18
    courts of this District and Circuit and am the attorney of record
19
    for the material witnesses in this action, including , Concepcion
20
    MEZA-Martinez.
21
        I have personal knowledge of the facts set forth herein and
22
    could testify competently thereto if called.
23
        On October 4 ,2006 the Honorable Ruben R. Brooks signed an
24
    order approving the bond and releasing from custody my client
25
    Concepcion MEZA-Martinez. I have today learned that the surety was
26
    in error as to the name of the person for whom he wished to post
27
    bond.  In actuality the surety wished to post bond for Juan
28
    Martinez-Mateo, a material witness in another alien smuggling case,

                                  1

<u>U.S. vs. Mendoza</u>, Case No. 06cr2051.

I am advised that the border patrol is holding Concepcion MEZA -Martinez, but requires an order of this court to return him to custody. I request such and order and furthermore request that the bond erroneously posted for Concepcion MEZA-Martinez be exonerated and that the $500.00 cash deposit be returned to the surety Robert Salzano, at 860 21st Street, San Diego, California 92102.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct.

Executed this October 4, 2006 in San Diego, California.

Respectfully submitted,

DATED: 10/5/06

_____
THOMAS G. GILMORE, Attorney for
Material Witness Concepcion Meza-Martinez

<u>ORDER</u>

Good cause appearing therefore, IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the presence of material witness  Concepcion MEZA-Martinez be exonerated forthwith and the cash deposit of $500.00 be returned to the surety Robert Salzano, at the following address: 860 21st Street, San Diego, California 92102. It is further ordered that the material witness Concepcion MEZA-Martinez shall forthwith be returned to the custody of the United States Marshall. After that occurs, it

DATED: 10/5/2006

_____
Ruben R. Brooks
United States Magistrate